```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DENNIS S. WAKS, BAR #142581
   Supervising Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MARIA ELIZABETH JALOMA
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR.S. 12-0016-JAM
11                                )
                    Plaintiff,    )  STIPULATION AND ORDER
12                                )  TO EXTEND TIME FOR STATUS
        v.                        )  CONFERENCE AND EXCLUDE TIME
13                                )
   MARIA ELIZABETH JALOMA,        )  DATE:  March 27, 2012
14                                )  Time:  9:30 a.m.
                                  )  Judge: John A. Mendez
15                  Defendant.    )
   _____
16
```

17      Defendant MARIA ELIZABETH JALOMA, by and through her

18 counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,

19 and the United States Government, by and through its counsel,

20 MICHELE BECKWITH, Assistant United States Attorney, hereby

21 stipulate that the status conference set for February 28, 2012,

22 be rescheduled for a status conference on Tuesday, March 27,

23 2012, at 9:30 a.m.    This continuance is being requested

24 because defense counsel requires additional time to review

25 discovery, discuss the case with the government and pursue

26 investigation.

27      Speedy trial time is to be excluded from the date of this

28 order through the date of the status conference set for March 27,

1

2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: February 24, 2012

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Dennis S. Waks
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    MARIA ELIZABETH JALOMA

DATED: February 24, 2012       BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Dennis S. Waks for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

**SO ORDERED.**

Dated:   2/24/2012

                    /s/ John A. Mendez
                    JOHN A. MENDEZ
                    United States District Court Judge