```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARIA ELIZABETH JALOMA
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,      )  CR.S. 12-0016-JAM
11                                 )
                   Plaintiff,      )  STIPULATION AND ORDER
12                                 )  TO EXTEND TIME FOR STATUS
          v.                       )  CONFERENCE AND EXCLUDE TIME
13                                 )
    MARIA ELIZABETH JALOMA,        )  DATE:  May 1, 2012
14                                 )  Time:  9:30 a.m.
                                   )  Judge: John A. Mendez
15                 Defendant.      )
    _____
16
```

17      Defendant MARIA ELIZABETH JALOMA, by and through her
18 counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender,
19 and the United States Government, by and through its counsel,
20 MICHELE BECKWITH, Assistant United States Attorney, hereby
21 stipulate that the status conference set for March 27, 2012, be
22 rescheduled for a status conference on Tuesday, May 1, 2012, at
23 9:30 a.m.
24      This continuance is being requested because defense counsel
25 requires additional time to review discovery, discuss the case
26 with the government and pursue investigation.
27      Speedy trial time is to be excluded from the date of this
28 order through the date of the status conference set for May 1,

                                  1

2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 22, 2012

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant
Federal Defender
Attorney for Defendant
MARIA ELIZABETH JALOMA

DATED: March 22, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
MICHELE BECKWITH
Assistant U.S. Attorney

**SO ORDERED.**

Dated: March 22, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge