DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA ELIZABETH JALOMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 12-0016-JAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR STATUS CONFERENCE AND EXCLUDE TIME |
| v. | |
| MARIA ELIZABETH JALOMA, | DATE: May 15, 2012 |
| | Time: 9:30 a.m. |
| | Judge: John A. Mendez |
| Defendant. | |

Defendant MARIA ELIZABETH JALOMA, by and through her counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for May 1, 2012, be rescheduled for a status conference on Tuesday, May 15, 2012, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation. The parties are also waiting for the Pre-Plea Advisory Guideline Presentence Investigation Report from Probation

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 15, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: April 27, 2012

                                              Respectfully Submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /s/ Dennis S. Waks
                                              Supervising Assistant
                                              Federal Defender
                                              Attorney for Defendant
                                              MARIA ELIZABETH JALOMA

DATED: April 27, 2012            BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Dennis S. Waks for
                                              MICHELE BECKWITH
                                              Assistant U.S. Attorney

**SO ORDERED.**

Dated: 4/27/2012

                                      /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        United States District Court Judge